AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

**FILED**

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

**JUN 20 2014**

**Clerk, U.S. District and Bankruptcy Courts**

| | |
|---|---|
| Ruth Calderon Cardona, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 08-cv-1367(FAB) |
| Democratic People's Republic of Korea, et al., ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/05/2010___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___06/17/2014___

Frances Rios De Moran, Esq.
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Case: 1:14-mc-00648
Assigned To : Unassigned
Assign. Date : 6/20/2014
Description: Miscellaneous

RECEIVED
Mail Room

**JUN 20 2014**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RUTH CALDERON-CARDONA,
LUZ CALDERON-CARDONA,
LUIS CALDERON-CARDONA,
GLORIA CALDERON-CARDONA,
JOSE RAUL CALDERON-CARDONA,
ANA DELIA CALDERON-CARDONA,
HILDA CALDERON-CARDONA,
ANGEL CALDERON-GUZMAN,
MIGUEL CALDERON-GUZMAN,
SALVADOR CALDERON-MARTINEZ,
PABLO TIRADO-AYALA,
ANTONIA RAMIREZ-FIERO,
   **Plaintiffs,**

           **v.**                              CIVIL NO. 08-1367 (FAB)

DEMOCRATIC PEOPLE'S REPUBLIC
OF KOREA, CABINET GENERAL
INTELLIGENCE BUREAU, JOHN DOE,
   **Defendants.**

## AMENDED JUDGMENT

In accordance with the order issued on July 16,2010 (Docket No. 37), it is on August 5, 2010,

**ORDERED** that judgment be and is entered in favor of plaintiff Ruth Calderon-Cardona, in her individual capacity, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

Civil No. 08-1367 (FAB)                                                    2

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Ruth Calderon-Cardona, in her capacity as personal representative of the Estate of Eladia Cardona-Rosario, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $8,000,000.00 (eight million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Luz Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Luis Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Gloria Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

Civil No. 08-1367 (FAB)                                                          3

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Jose Raul Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Ana Delia Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Hilda Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Salvador Calderon-Martinez, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiffs Angel Calderon-Guzman and Miguel Calderon-Guzman, in

Civil No. 08-1367 (FAB)                                                                   4

their capacity as personal representatives of the Estate of Miguel Calderon-Cardona, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $5,000,000.00 (five million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Angel Luis Ramirez-Colon in his capacity as personal representative of the Estate of Pablo Tirado-Ayala, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $15,000,000.00 (fifteen million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered in favor of plaintiff Antonia Ramirez-Fiero, against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for compensatory damages in the amount of $10,000,000.00 (ten million dollars); and it is

**FURTHER ORDERED** that judgment be and is entered on behalf of all plaintiffs collectively against defendants DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA and CABINET GENERAL INTELLIGENCE BUREAU, jointly and severally, for punitive damages in the amount of

Civil No. 08-1367 (FAB)                                                5

$300,000,000.00 (three hundred million dollars), to be divided equally by the plaintiffs; and it is

**FURTHER ORDERED** that defendants JOHN DOES 1-10 shall be and hereby are **DISMISSED** from this action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 5, 2010.

                                            s/ Francisco A. Besosa
                                            FRANCISCO A. BESOSA
                                            UNITED STATES DISTRICT JUDGE

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: 6/13/14